UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PROMETO PRODUCE CORP.,

            Plaintiff,

    -against-

PRODUCE DEPOT USA LLC, GAETANO BALZANO a/k/a GUY BALZANO, LUIS RUELAS, MICHAEL E. FELIX, and YOLANDA RUSSO,

            Defendants,

**ORDER**

21 Civ. 6131 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

        The conference currently scheduled for November 23, 2021 at 10:00 a.m. by telephone will now take place in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       November 19, 2021

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge