UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PROMETO PRODUCE CORP.,

              Plaintiff,

- against -

PRODUCE DEPOT USA LLC, GAETANO BALZANO a/k/a GUY BALZANO, LUIS RUELAS, MICHAEL E. FELIX, and YOLANDA RUSSO,

              Defendants.

**ORDER OF DEFAULT**

21 Civ. 6131 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Complaint having been served on Defendant Michael E. Felix on August 11, 2021 (Dkt. No. 20), and the time for Defendant Felix to appear, answer, or raise any objection to the Complaint having expired, and Felix not having responded to Plaintiff's application for a default judgment and not having appeared at the November 23, 2021 hearing concerning Plaintiff's application for a default judgment, an order of default is now entered against Defendant Felix. A determination as to damages will be made after the claims against Felix's co-defendants are resolved.

Dated: New York, New York
       November 30, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge