UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

PROMETO PRODUCE CORP.,

                Plaintiff,

- against -

PRODUCE DEPOT USA LLC, GAETANA BALZANO, a/k/a Guy Balzano, LUIS RUELAS, MICHAEL E. FELIX, and YOLANDA RUSSO,

                Defendants.

**ORDER**

21 Civ. 6131 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        As stated at today's hearing, the Court has referred this case to Judge Parker for the purposes of supervising the parties' settlement discussions. All pending dates and deadlines before this Court are stayed until January 3, 2022. On January 3, 2022, the parties are directed to file a joint letter informing the Court whether a settlement in principle has been reached. If a settlement has not been reached by January 3, 2022, the parties will submit with their joint letter an updated case management plan, which the Court will enter at that time.

Dated: New York, New York
        December 2, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge