USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/02/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

PROMETO PRODUCE CORP.,

                            Plaintiff,

      -against-

PRODUCE DEPOT USA LLC, GAETANO
BALZANO, a/k/a GUY BALZANO, LUIS
RUELAS, MICHAEL E. FELIX, and YOLANDA
RUSSO,

                            Defendants.
----------------------------------------------------------------X

**ORDER SCHEDULING PRE-SETTLEMENT TELEPHONE CONFERENCE**

21-CV-6131 (PGG)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 50). A telephone conference will be held on **Thursday, December 16, 2021 at 2:30 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: December 2, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

2