## THE FIERST LAW GROUP, P.C.
462 SAGAMORE AVENUE, SUITE 2, EAST WILLISTON, NEW YORK 11596
(516) 586-4221
FAX: (516) 586-8536 (NOT FOR SERVICE OF PAPERS)

Timothy J. Fierst, Esq.*
*Admitted to Practice in New York and Connecticut

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/14/2021
```

**MEMO ENDORSED**

December 13, 2021

**VIA ECF**
The Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Prometo Produce Corp. v. Produce Depot USA, LLC, et. al.*
      Case No. 1:21-cv-6131- PGG-KHP

Dear Judge Parker:

    This law firm represents the defendants, Produce Depot USA LLC, Gaetano Balzano a/k/a Guy Balzano and Luis Ruelas (collectively, the "Defendants") in the referenced action. We write to Your Honor with respect to the pre-settlement telephone conference scheduled for Thursday, December 16, 2021 at 2:30 p.m. We respectfully request that the conference be adjourned for a date between December 20 through 22, or a further date that is convenient for the Court.

    I am actually engaged in depositions in an action pending in this District entitled Solutions Express d/b/a Solex and Technology Opportunity Group Inc. v. Ashley Furniture Industries, Inc. under case number 7:20-cv-07843-CS. The depositions are beginning tomorrow, December 14, 2021 and are being conducted through Thursday, December 16, 2021. The deposition scheduled for December 16, 2021 is scheduled to begin at 2:00 p.m. I will be out of the office beginning December 23, 2021 through the end of the year.

    Therefore, it is respectfully requested that the pre-settlement telephone conference be adjourned for a date between December 20 through 22, or a further date that is convenient for the Court. My colleague/adversary, Jeffrey M. Chebot, Esq., counsel for the plaintiff, has consented to our request. This is our first request for an adjournment of the pre-settlement telephone conference.

    Thank you for your consideration and attention to this request.

Respectfully submitted,

Timothy J. Fierst

TJF:me
cc:   Jeffrey M. Chebot, Esq. (Via ECF)

**APPLICATION GRANTED:** The Pre-Settlement telephone conference previously scheduled for Thursday, December 16, 2021 at 2:30 p.m. is hereby rescheduled to Thursday, January 6, 2022 at 11:00 a.m. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. <u>Please dial (866) 434-5269, Access code: 4858267.</u>

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

12/14/2021