```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/06/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

PROMETO PRODUCE CORP.,

                Plaintiff,

-against-

PRODUCE DEPOT USA LLC, GAETANO BALZANO, a/k/a GUY BALZANO, LUIS RUELAS, MICHAEL E. FELIX, and YOLANDA RUSSO,

                Defendants.
----------------------------------------------------------------X

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

21-CV-6131 (PGG)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A telephonic settlement conference in this matter is scheduled for **Monday, February 14, 2022 at 10:00 a.m.** Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267.** Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **February 7, 2022 by 5:00 p.m.**

      SO ORDERED.

Dated: January 6, 2022
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge