UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PROMETO PRODUCE CORP.,

                        Plaintiff,                  **ORDER**

          -against-                          21-CV-6131 (PGG)

PRODUCE DEPOT USA LLC, GAETANO
BALZANO, a/k/a GUY BALZANO, LUIS
RUELAS, Book 3 LLC
                     Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       On February 16, 2022 the undersigned issued an Opinion and Order (ECF No. 74), issuing sanctions against Defendant Luis Ruelas for failing to appear at the court-ordered settlement conference. The Court ordered Defendant Ruelas to pay Plaintiff's counsel one and a half hours of attorney's fees for having to attend the settlement conference and ordered Plaintiff's counsel to submit an affidavit indicating his billing rate and relevant information. Plaintiff's counsel filed the affidavit and has indicated an hourly billing rate of $375.00 an hour and requests a total award of $562.50. (ECF No. 75.) The Court finds this to be reasonable. Accordingly, Defendant Ruelas is ordered to pay $562.50 to Plaintiff's counsel by check to the address indicated in the affidavit by March 21, 2022.

      **SO ORDERED.**

Dated: February 17, 2022
       New York, New York

_Katharine H Parker_
KATHARINE H. PARKER
United States Magistrate Judge

1