UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PROMETO PRODUCE CORP.,

                              Plaintiff,

                -against-

PRODUCE DEPOT USA LLC, GAETANO
BALZANO, a/k/a GUY BALZANO, LUIS
RUELAS, MICHAEL E. FELIX, and YOLANDA
RUSSO,

                            Defendants.
-----------------------------------------------------------------X

**ORDER**

21-CV-6131 (PGG) (KHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2022

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of the Suggestion of Bankruptcy filed by Defendant Produce Depot USA LLC ("Produce Depot") (ECF No. 79), this action is stayed as to Defendant Produce Depot only and shall proceed as to the remaining Defendants. Defendant Produce Depot shall provide a status update by **September 6, 2022.**

      **SO ORDERED.**

Dated: March 4, 2022
       New York, New York

                                            _____
                                            KATHARINE H. PARKER
                                            United States Magistrate Judge

2