UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

PROMETO PRODUCE CORP.,

                                   Plaintiff,

                    -against-

PRODUCE DEPOT USA LLC, GAETANO
BALZANO, a/k/a GUY BALZANO, LUIS
RUELAS, MICHAEL E. FELIX, and YOLANDA
RUSSO

                                   Defendants.

------------------------------------------------------------------X

**ORDER**

**21-CV-6131 (PGG) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        In light of the Suggestion of Bankruptcy filed by Defendant Gaetano Balzano ("Balzano")

(ECF No. 83), this action is stayed as to Defendant Balzano and shall proceed as to the

remaining Defendants.  Defendant Balzano shall provide a status update by **September 6, 2022.**

        **SO ORDERED.**

Dated: March 8, 2022
        New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge